**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:15-cr-00003-REB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MANUEL NAVARRETE,

    Defendant.

**ORDER REGARDING REQUEST TO TRAVEL INTERNATIONALLY**

THIS MATTER is before the Court upon request by the probation officer to grant the defendant permission to travel internationally to Mexico to visit his grandfather.

HAVING considered the probation officer's report, the Court:

ORDERS that the defendant be allowed to travel internationally to Ciudad Madera, Chihuahua, Mexico, from May 28, 2016 through June 4, 2016.

DATED at Denver, Colorado, this  2nd  day of May, 2016.

          **BY THE COURT:**

          */s/ Robert E. Blackburn*
          Robert E. Blackburn
          United States District Judge